**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Jenèe K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
239 New Rd. Bld A, Suite 301
Parsippany, New Jersey 07054
Phone: 973-737-9060
Fax: 973-619-0023
jenee@jc-lawpc.com

**Order Filed on July 25, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Kelly A Velez,

Debtor(s)

Case No. 22-19557/RG

Chapter: 13

Hearing Date: July 19, 2023 @ 10:00 am

Judge: Hon. Rosemary Gambardella

**REVISED ORDER GRANTING PRE-CONFIRMATION FEES**
**(Period 10/11/22 thru 6/26/23)**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: July 25, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

---

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,** that Jenee Ciccarelli, Esq., is allowed of fee of $6,424.50 for services and $372.15 for disbursements for a total due of $6,796.65 less $3,872.00 previously received leaving a remaining balance due of $2,924.65. The allowance shall be payable:

____X____ through the Chapter 13 plan as an administrative priority .

_________ outside the Chapter 13 plan.

**ORDERED**, that Debtor's Plan payment shall increase $2,042.00/mo. commencing July 2023 for the remaining 54 months of the Plan; and it is further

**ORDERED**, that should this case terminate due to dismissal, or for any reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.