**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE:
KELLY VELEZ

**Case No.: 22-19557RG**

**HEARING DATE: 04/16/2025 at 10:00 AM**

## TRUSTEE'S LIMITED OBJECTION TO DEBTOR(S) ATTORNEY'S APPLICATION FOR COMPENSATION

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of limited objection to the Debtor(s) Attorney's Application for Compensation, respectfully objects as follows:

- While the Trustee has no objection to the requested compensation, the proposed order provides for payments to increase by $105.00/mo commencing on reinstatement of Debtor's case. There is no pending reinstatement motion at this time, and the language of the proposed order also does not provide a date certain for the payments to increase. That paragraph (the second paragraph of the decretal) should be struck from the order, and a modified plan providing for the increase should be filed in conjunction with reinstatement of the case.

Wherefore, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that the Debtor(s) Attorney's Application for Compensation in its present form be denied.

Dated: March 21, 2025

By: /S/Marie-Ann Greenberg
Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee