**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Jenèe K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
239 New Rd. Bld A, Suite 301
Parsippany, New Jersey 07054
Phone: 973-737-9060
Fax: 973-619-0023
jenee@bankruptcy-lawnj.com

**Order Filed on April 16, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Kelly A Velez,

Debtor(s)

Case No. 22-19557/RG

Chapter: 13

Hearing Date: April 16, 2025 @ 10:00 am

Judge: Hon. Rosemary Gambardella

**ORDER GRANTING SUPPLEMENTAL FEES**
**(Period 9/7/23 thru 2/18/25)**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: April 16, 2025**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

---

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,** that Jenee Ciccarelli, Esq., is allowed of fee of $3,031.50 for services and $4.19 for disbursements for a total due of $3,035.69. The allowance shall be payable:

_____X____ through the Chapter 13 plan as an administrative priority .

__________ outside the Chapter 13 plan.

**ORDERED**, that a Modified Plan shall be filed in conjunction with Reinstatement and will reflect the increase in Debtor's Plan payment; it is further,

**ORDERED**, that should this case terminate due to dismissal, or for any reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.